UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

**Maracas Club and Restaurant LLC**
*dba* **Maracas New York**           Case No. 1-14-44489-ess
*dba* **JCM Entertainment, Inc.**    Chapter 11
*dba* **Rum Jungle**
*dba* **Calypso City,**

              Debtor.
----------------------------------------------------------------X

### ORDER EXTENDING THE DEBTOR'S TIME TO CONFIRM ~~ITS~~
### ITS SMALL BUSINESS PLAN OF REORGANIZATION
### PURSUANT TO 11 U.S.C. §§ 1121(e)(3) and 1129(e)

Upon the motion, by notice of presentment dated July 24, 2015 (the "Motion"), of the above above-captioned debtor and debtor-in-possession (the "Debtor"), for an order, pursuant 11 U.S.C. § 1121(e)(3), extending the time to confirm a small business chapter 11 plan in this case; and there being due and sufficient notice of the Motion; and there being no objections to the requested relief; and no additional notice of or a hearing on the Motion being required under the circumstances; and, after due deliberation, the Court having found and concluded that the Debtor has established sufficient cause for such extension and has demonstrated, by a preponderance of the evidence, that it is more likely than not that a chapter 11 plan will be confirmed in this case within a reasonable time; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and good and sufficient cause appearing therefor, it is hereby

**ORDERED,** that ~~the Motion is granted and~~ the Debtor's time to confirm a small business chapter 11 plan in this case is extended through and including November 30, 2015.



Dated: **Brooklyn, New York**
       **August 21, 2015**

                                                           **Elizabeth S. Stong**
                                                    **United States Bankruptcy Judge**