DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
Counsel for the Debtor
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby Arnold, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

| | |
|---|---|
| | Chapter 11 |
| MARACAS CLUB AND RESTAURANT, LLC, | Case No. 14-44489 (ESS) |
| Debtor. | |

-----------------------------------------------------------X

## DECLARATION OF DAWN KIRBY, ESQ.
## <u>REGARDING ESCROW DEPOSIT</u>

STATE OF NEW YORK          )
                          ) ss.:
COUNTY OF WESTCHESTER      )

      DAWN KIRB, ESQ. hereby declares the following:

      1.     I am a partner in DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, counsel to the Debtor in the above referenced Chapter 11 case.  This Declaration is filed pursuant to the Consent Order Fixing Deadline for Debtor to Fund Escrow (the "<u>Consent Order</u>") entered on November 18, 2015 [Docket No. 63].

      2.     On November 30, 2015, the principal of the Debtor, Babita "Raquel" Shivdat, sent me an email advising that a wire was sent at 2:18 p.m. that day from her personal bank account to my firm's escrow account in the amount of $120,000.  The email was accompanied by an attachment showing a Wire Transfer Request form containing the relevant information.

      3.     This morning my firm confirmed receipt of the wire in the amount of $120,000.

4.    Ms. Shivdat has advised me that the additional $5,000 required by the Consent Order will funded to my firm's escrow account via bank check.

5.    Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: White Plains, New York
       December 1, 2015

*/s/ Dawn Kirby*

_____

DAWN KIRBY